UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK                    Chapter 7

In re: Michael L Stathakis                                          Case: 1-19-46882-cec

Metropolitan Lumber Hardware &
Building Supplies, Inc.,
                              Plaintiff       Adversary Proceeding 1-20-01019-cec

Against

Michael L Stathakis
                              Defendant

## CERTIFICATE OF SERVICE ADVERSARY PROCEEDING SUMMONS AND COMPLAINT

I, Ron A Currie, certify that service of this summons and a copy of the complaint was made on February 21, 2020 by:

Mailing a true copy of the Summons and Complaint via regular, first class United State mail, postage fully pre-paid, in accordance with the rule of the Bankruptcy Court and address to:

**The defendant:**
Michael l. Stathakis
213-37 39th Avenue Suite199
Bayside, New York 11361

**Bankruptcy Trustee**
Robert J Musso
26 Court Street -Suite 2211
Brooklyn NY 11242

**Attorney for debtor, Michael L. Stathakis**
Btzalel Hirschhorn
Shiryak, Bowman, Anderson, Grill & Kadochnikov, LLP
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
(718) 263-6800

I further certify that I am and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the forgoing is true and correct.

Dated February 21, 2020

_____
Ron A Currie    Authorize Rep. for Metropolitan
617 11th Avenue
New York, New York 10036
(212) 246-9090

Sworn to me this
 day February 2020

_____
Notary Public

KENNETH FERGUSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FE4660021
Qualified in New York County
My Commission Expires March 30, 20__